BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT, SBN IL 619786
Acting Regional Chief Counsel, Region IX
Social Security Administration
BEN A. PORTER, SBN WA 19145
Special Assistant United States Attorney

333 Market Street, Suite 1500
San Francisco, California 94105
Telephone: (415) 977-8979
Facsimile: (415) 744-0134
E-Mail: Ben A. Porter

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| MIKHAIL KOLTUTSKIY ,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN[1],<br>Commissioner of<br>Social Security,<br><br>Defendant. | CIVIL NO. 2:13-CV-00573-CKD<br><br>STIPULATION AND ~~PROPOSED~~ ORDER OF REMAND PURSUANT TO SENTENCE SIX OF 42 U.S.C. § 405(g) |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court as provided below, that the Commissioner has agreed to voluntary remand of this case for further administrative proceedings pursuant to the sixth sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g). The Commissioner is unable to locate the claim file. Upon remand, the Commissioner will continue to search for the claim file, commence reconstruction of the claim file, or hold a de novo hearing.

---

[1]Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted for Michael J. Astrue as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g) .

Respectfully submitted,

Dated: August 27, 2013            /s/ *Jesse S. Kaplan*
                                  (As authorized via telephone)
                                  JESSE S. KAPLAN
                                  Attorney for Plaintiff

Dated: August 27, 2013            BENJAMIN B. WAGNER
                                  United States Attorney
                                  DONNA L. CALVERT
                                  Acting Regional Chief Counsel, Region IX
                                  Social Security Administration


                                  /s/ *Ben A. Porter*
                                  BEN A. PORTER
                                  Special Assistant U.S. Attorney

                                  Attorneys for Defendant


                          ORDER

APPROVED AND SO ORDERED.

Dated: August 29, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE