1   BENJAMIN B. WAGNER
    United States Attorney
2   DONNA L. CALVERT, SBN IL 619786
    Acting Regional Chief Counsel, Region IX
3   Social Security Administration
    BEN A. PORTER, SBN WA 19145
4   Special Assistant United States Attorney

5       333 Market Street, Suite 1500
        San Francisco, California 94105
6       Telephone:  (415) 977-8979
        Facsimile:  (415) 744-0134
7       E-Mail: Ben A. Porter

8   Attorneys for Defendant

9                    UNITED STATES DISTRICT COURT

10                  EASTERN DISTRICT OF CALIFORNIA

11                       SACRAMENTO DIVISION

12  MIKHAIL KOLTUTSKIY ,              )
                                      )     CIVIL NO. 2:13-CV-00573-CKD
13           Plaintiff,               )
                                      )     STIPULATION AND ~~PROPOSED~~ ORDER
14              v.                    )     OF REMAND PURSUANT TO SENTENCE
                                      )     SIX OF 42 U.S.C. § 405(g)
15  CAROLYN W. COLVIN[1],             )
    Commissioner of                   )
16  Social Security,                  )
                                      )
17           Defendant.               )
                                      )
18  ─────────────────────────────────)

19          IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the

20  approval of the Court as provided below, that the Commissioner has agreed to voluntary remand of this

21  case for further administrative proceedings pursuant to the sixth sentence of section 205(g) of the Social

22  Security Act, 42 U.S.C. § 405(g).   The Commissioner is unable to locate the claim file.  Upon remand,

23  the Commissioner will continue to search for the claim file, commence reconstruction of the claim file,

24  or hold a de novo hearing.

25

26  ─────────────────────────

27          [1]Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013.
    Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted
28  for Michael J. Astrue as the defendant in this suit.  No further action need be taken to continue this suit
    by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g) .

Respectfully submitted,

Dated: August 27, 2013         /s/ *Jesse S. Kaplan*
(As authorized via telephone)
JESSE S. KAPLAN
Attorney for Plaintiff

Dated: August 27, 2013         BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration


/s/ *Ben A. Porter*
BEN A. PORTER
Special Assistant U.S. Attorney

Attorneys for Defendant


ORDER

APPROVED AND SO ORDERED.

Dated: August 29, 2013


CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE